IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE JOSEPH NOBLE IV,<br><br>            Plaintiff,<br><br>     vs.<br><br>V.J. GONZALEZ,<br><br>            Defendants.<br>_____/ | 1:07-cv-01111-LJO-GSA (PC)<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT<br><br>(DOCUMENT #13)<br><br>30-DAY DEADLINE |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 20, 2009, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of December 19, 2008.

    IT IS SO ORDERED.

**Dated:   January 26, 2009**             /s/ Gary S. Austin
                                                  UNITED STATES MAGISTRATE JUDGE