1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JOSEPH NOBLE, IV,<br><br>                    Plaintiff,<br><br>        v.<br><br>LT. V.J. GONZALES,<br><br>                    Defendant. | )  CASE NO. 1:07-cv-01111-LJO-GSA PC<br>)<br>)  ORDER FINDING SERVICE OF FIRST<br>)  AMENDED COMPLAINT APPROPRIATE,<br>)  AND FORWARDING SERVICE<br>)  DOCUMENTS TO PLAINTIFF FOR<br>)  COMPLETION AND RETURN WITHIN<br>)  THIRTY DAYS<br>)<br>)  (Doc. 15) |

        Steven Joseph Noble, IV ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on July 31, 2007.  (Doc. 1.)  The Court screened Plaintiff's Complaint and dismissed it with leave to amend.  (Doc. 12.)  On February 24, 2009, Plaintiff filed the First Amended Complaint.  (Doc. 15.)  The Court screened the First Amended Complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against defendant Lieutenant V.J. Gonzales.  Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

        Accordingly, it is HEREBY ORDERED that:

        1.        Service is appropriate for defendant LT. V.J. GONZALES;

        2.        The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the First Amended Complaint filed February 24, 2009;

1

3.    Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Document and submit the completed Notice to the Court with the following documents:

    a.    Completed summon;

    b.    One completed USM-285 form for each defendant listed above; and

    c.    Two (2) copies of the endorsed First Amended Complaint filed February 24, 2009.

4.    Plaintiff need not attempt service on Defendant and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **November 23, 2009**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE