IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JOSEPH NOBLE IV, | 1:07-cv-01111-LJO-GSA-PC |
| Plaintiff, | ORDER FOR CLERK TO RETURN DISCOVERY DOCUMENTS TO DEFENDANT |
| vs. | |
| LT. V. J. GONZALEZ, | |
| Defendant. | |
| _____/ | |

Steven Joseph Noble IV ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 27, 2011, the Court entered an order requiring Defendant to provide further discovery responses concerning Plaintiff's due process claim, to Plaintiff or to the Court for *in camera* review, within forty-five days.  (Doc. 28.)  On July 1, 2011, the Court received discovery documents from Defendant for *in camera* review.  On March 3, 2012, the Court dismissed Plaintiff's due process claim from this action.  (Doc. 33.)  Therefore, discovery concerning Plaintiff's due process claim is no longer at issue in this action.  Accordingly, the Court shall direct the Clerk to return the discovery documents to Defendant.

Based on the foregoing, the Clerk is HEREBY DIRECTED to return the discovery documents, received by the Court on July 1, 2011 for *in camera* review, to Defendant.


IT IS SO ORDERED.

**Dated:   March 12, 2012**            _____/s/ **Gary S. Austin**_____
                                           UNITED STATES MAGISTRATE JUDGE