UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JOSEPH NOBLE IV, <br><br> Plaintiff, <br><br> vs. <br><br> LT. V. J. GONZALEZ, <br><br> Defendant. | 1:07-cv-01111-LJO-GSA-PC <br><br> ORDER GRANTING REQUEST <br> (Doc. 42.) <br><br> ORDER DIRECTING CLERK TO SEND PLAINTIFF COPY OF SCHEDULING ORDER <br> (Doc. 39.) |

Steven Joseph Noble IV ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 10, 2012, Plaintiff requested a copy of the Scheduling Order issued in this case on August 1, 2012. (Doc. 42.) Plaintiff explains that he gave his copy of the order to prison officials and the order was lost.

Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitled him to free copies of documents from the Court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge.

1

In this instance, in light of the fact that this case is now in the discovery phase, the Court shall make a one-time exception and provide Plaintiff with a free copy of the Scheduling Order, to ensure that he has notice of rules and procedures for conducting discovery. Plaintiff is advised that in the future he should always keep personal copies of his case documents.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a free copy is GRANTED; and
2. The Clerk is DIRECTED to send Plaintiff a copy of the Scheduling Order issued in this action on August 1, 2012 (Doc. 39.)

IT IS SO ORDERED.

**Dated:   September 12, 2012**           **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2